# HARVEY & VALLINI, LLC

ATTORNEYS AND COUNSELORS AT LAW
497 BRAMSON COURT, SUITE 201
MT. PLEASANT, SOUTH CAROLINA 29464-5224

TELEPHONE (843) 388-8883
FACSIMILE (843) 388-8884

WEBSITE WWW.HVLAWSC.COM

STEVEN E. HARVEY
DANIEL J. VALLINI
ELLIS R. LESEMANN
JARED D. SMITH
MATTHEW D. SULLIVAN
J. PAMELA PRICE
AMANDA MORGAN BLUNDY

KAREN S. LOVE *

CHRISTOPHER M. HARVEY ** (PA, NJ only)
EMERSON (TRIPP) WILES, III **

* Special Counsel
** Of Counsel

OFFICES
COLUMBIA, SOUTH CAROLINA
LAKE CAROLINA, SOUTH CAROLINA
LEXINGTON, SOUTH CAROLINA
MT. PLEASANT, SOUTH CAROLINA
SUMMERVILLE, SOUTH CAROLINA

December 11, 2012

**VIA EMAIL ONLY**

The Honorable Joseph F. Anderson, Jr.
**Attn: Mary Floyd (janderson_ecf@scd.uscourts.gov)**
U.S. District Court
901 Richland Street
Columbia, SC 29205

Re: *Marco Specialties, Inc. vs. Legacy Circuit Enterprises, LLC, fka, Legacy Circuit Upgrades, LLC*; Civil Action No.: 3:12-cv-01274-JFA

Dear Mary:

Please allow this letter to confirm that the hearing regarding Defendants' Motion to Compel (Docket No. 38) scheduled for tomorrow, December 12, 2012 at 10:00 a.m. before Judge Anderson may be removed from the docket as this motion has been resolved.

With best regards,

*Ellis*

Ellis R. Lesemann

ERL:ajs
cc: Mark W. Hardee, Esquire (via email only)